UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BOBBY DARRELL OWENS,  )<br>   )<br>  Plaintiff,  )<br>   )<br>v.  )<br>   )<br>CRISTIE FRAZIER, NURSE MATT, and  )<br>SULLIVAN COUNTY JAIL NURSING  )<br>STAFF,  )<br>   )<br>  Defendants.  )<br>   ) | No. 2:20-CV-00214-JRG-CRW |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b). Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

                               s/J. RONNIE GREER
                               UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

   s/ *John L. Medearis*
   District Court Clerk